UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff has filed a motion seeking an extension of the discovery deadline. To the extent plaintiff wishes to serve more requests for discovery, plaintiff has not explained his delay in seeking a request for an extension of time before the deadline to serve discovery requests expired on April 3, 2023, ECF No. 14, ¶ 6, and does not identify discovery requests he wishes to serve. To the extent plaintiff seeks more time to respond to requests for discovery, he should seek an extension of time with respect to the particular request. For these reasons, plaintiff's motion to extend the discovery deadline will be denied.

Also, plaintiff asks that the court order Coalinga State Hospital to permit plaintiff to possess CDs and / or DVDs. Plaintiff anticipates that, pursuant to a subpoena served by defendants, plaintiff's medical records will be delivered to defendants on disks. But plaintiff does not indicate that he will also be provided with disks pursuant to the subpoena and, in any case, any suggestion that the documents will be delivered via disk is speculative at this point. Good

cause appearing, plaintiff's motion will be denied. Plaintiff may refile his motion if he does receive relevant documents on disk, and cannot access them without additional equipment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend the discovery deadline (ECF No. 19) is denied.

2. Plaintiff's motion for an order directing Coalinga State Hospital to allow plaintiff to possess CDs and / or DVDs (ECF No. 21) is denied without prejudice to refiling under the terms described above.

Dated: May 3, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.disc