**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SCOTT JONES and GRANT NUGENT
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | CASE NO.  2:22-cv-01647-CKD |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| v. | Complaint Filed:  9/19/2022 |
| COUNTY OF SACRAMENTO, SCOTT JONES, Sheriff of County of Sacramento, and GRANT NUGENT, Sacramento County Jail Physician, | |
| Defendants. | |

Good cause appearing, the stipulation to extend discovery deadline is hereby granted.  The discovery deadline is extended to September 8, 2023.  The deadline for filing dispositive motions is vacated and will be rescheduled after all discovery matters are resolved.

Dated:  May 18, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE