UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

     Plaintiff is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff is civilly detained at Coalinga State Hospital. Plaintiff has filed a motion asking that the court order hospital officials to allow plaintiff to have another patient, who has been assisting plaintiff with this action, present with plaintiff as his deposition. Essentially, plaintiff asserts he has no legal training and fears he will not be able to "protect his rights" without the other patient's assistance. Plaintiff does not elaborate as to how the other patient will protect his rights. While plaintiff has a right to have an attorney represent plaintiff during legal proceedings such as depositions, plaintiff does not have a right to have persons not licensed to practice law represent him.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order directing Coalinga State Hospital to allow plaintiff to have another patient attend plaintiff's deposition (ECF No. 23) is denied.

Dated: June 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.dep