,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff requests an extension of time to conduct discovery. The deadline for serving requests for discovery passed on October 17, 2023 (ECF No. 14 at π 6; No. 32) and the deadline for filing a motion to compel further responses to requests for discovery is December 15, 2023. Discovery opened on February 6, 2023, and plaintiff has not adequately explained how, with due diligence, approximately 10 months was not sufficient to conduct discovery. Accordingly, his motion for an extension will be denied.

Plaintiff has also filed a motion for leave to conduct depositions by written questions under Rule 31 of the Federal Rules of Civil Procedure. Again, the deadline to serve discovery requests has passed and good cause has not been shown for an extension of that deadline. Accordingly, plaintiff's motion will be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of the discovery deadline (ECF No. 34) is denied.

2. Plaintiff's motion for leave to conduct depositions by written questions under Rule 31 of the Federal Rules of Civil Procedure (ECF No. 33) is denied.

Dated:  November 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.dep(2)