UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendant. | |

Discovery in this action is now closed. Good cause appearing, IT IS HEREBY ORDERED that:

1. All pretrial motions shall be filed on or before May 25, 2024. Motions shall be briefed in accordance with paragraph 8 of this court's order filed November 2, 2022.

2. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

Dated: March 25, 2024

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.dm