UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS,<br><br>            Plaintiff,<br><br>       v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | No.  2:22-cv-1647 CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (EFC No. 45) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment.  Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated:  July 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.msj.ext