UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On July 1, 2025, defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion for summary judgment. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 5, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.46osc