UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No.  2:22-cv-1647 CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that this matter be set for settlement conference.  In light of the fact that defendants have a motion for summary judgment pending, IT IS HEREBY ORDERED that plaintiff's motion that this matter be set for a settlement conference (ECF No. 56) is denied without prejudice to renewal after defendants' motion for summary judgment is resolved.

Dated:  August 5, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cass1647.set