1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY CASSELLS,                          No.  2:22-cv-1647 CKD P

12               Plaintiff,

13         v.                                     ORDER

14    COUNTY OF SACRAMENTO, et al.,

15               Defendants.

16

17        Plaintiff has filed a motion for an extension of time to file an opposition to defendants'

18    July 1, 2025, motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED

19    that:

20        1.  Defendants shall serve a copy of their motion for summary judgment on plaintiff's

21    address of record within three days and file a certificate of service with the court[1];

22        2.  Plaintiff's motion for an extension of time (ECF No. 60) is GRANTED;

23    /////

24    /////

25    /////

26    /////

27

28    _____

[1] The original motion for summary judgment was not served on plaintiff's correct address

1         3.  Plaintiff is granted until October 1, 2025, to file an opposition to defendants' motion

2    for summary judgment.  Failure to file an opposition will result in dismissal.

3    Dated:  August 27, 2025

4    _____
     CAROLYN K. DELANEY
5         UNITED STATES MAGISTRATE JUDGE

6

7

8    1/ks/cass1647.36(2)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28